USCA1 Opinion

 

 December 29, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-1683 UNITED STATES OF AMERICA EX REL, ROLAND A. LEBLANC, Plaintiff, Appellant, v. RAYTHEON COMPANY, Defendant, Appellee. ___________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, U.S. District Judge] ___________________ ____________________ Before Torruella, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Philip R. Olenick for appellant. _________________ Richard A. Sauber, with whom Kenneth S. Kramer, P.C., ___________________ _________________________ Douglas W. Baruch, Maureen C. Shay, and Fried, Frank, Harris, __________________ ________________ ______________________ Shriver & Jacobson, were on brief for appellee. __________________ ____________________ ____________________ Per Curiam. Appellant LeBlanc's brought suit against __________ appellee Raytheon Company brought under the False Claims Act, 31 U.S.C. 3729. In his complaint, he alleged that Raytheon defrauded the United States. The district court dismissed the complaint on res judicata grounds. We affirm the district court's judgment and award double costs to appellee. See United ___ ______ States ex rel. LeBlanc v. Raytheon Co., No. 92-10999 (D. Mass. _______________________ _____________ May 15, 1992). Affirmed. Double costs to appellee. ________ ________________________